# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUDHANSHU RATHOD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC., a Delaware Corporation, SOUTHWEST CREDIT SYSTEMS, L.P., and CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>　　　　　　　Defendants. | NO.  2:24-cv-00579-TL<br><br>**ORDER OF DISMISSSAL** |

**ORDER**

Plaintiff and Defendants have stipulated to the voluntary dismissal of the above-captioned action.  Pursuant to Federal Rule of Civil Procedure 41 it is hereby:

ORDERED that this action is DISMISSED with prejudice and without costs or fees to any party.  The Clerk is hereby directed to close this case.

Dated this 18th day of September 2024.

_____
THE HONORABLE JUDGE TANA LIN
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE  
2:24-cv-00579-TL

1

Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66 | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com